Theodore V. H. Mayer
Vilia B. Hayes
Robb W. Patryk
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000
hayes@hugheshubbard.com

*Attorneys for Defendant Merck & Co., Inc.*

**08 CV 03067**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARIANNE RAFTIS,

                           Plaintiff,

       -against-

MERCK & CO., INC.,

                          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Rule 7.1 Statement

[RECEIVED MAR 26 2008 U.S.D.C. S.D.N.Y. CASHIERS]

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and is not aware of any beneficial owner of more than ten percent of its Common Stock.

60249969_1             1

Dated: New York, New York
       March 25, 2008

                                      Respectfully submitted,

                                      HUGHES HUBBARD & REED LLP

                                      By: */s/ Vilia B. Hayes*
                                          Theodore V. H. Mayer
                                          Vilia B. Hayes
                                          Robb W. Patryk
                                          hayes@hugheshubbard.com

                                      One Battery Park Plaza
                                      New York, New York 10004-1482
                                      (212) 837-6000

                                      *Attorneys for Defendant Merck & Co., Inc.*